United States District Court
Northern District of Ohio
Office of the Clerk
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Geri M. Smith
Clerk of Court

(216) 357-7000

FILED
2014 MAY 20 AM 11:30
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

FILED
2014 MAY 15 A 11:39
CLERK OF COURTS
CUYAHOGA COUNTY

5/14/14

Cuyahoga County Court of Common Pleas
Andrea F. Rocco Clerk of Courts
1200 Ontario Street
Cleveland, Ohio 44113

SUBJECT: Remand to Cuyahoga County Court of Common Pleas

USDC Case No. 1:14cv858
CCCP Case No. CV 14 824122
TUA Help Save East Cleveland Project et al v. Xerox Corporation et al

Dear Clerk:

On 5/13/14 The Honorable Judge Christopher A. Boyko, United States District Judge, entered an Order remanding the state law claims to your Court. I am enclosing certified copies of our docket sheet and the order of remand. Other documents in this case can be accessed electronically on the internet at:

http://ecf.ohnd.uscourts.gov

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

Sincerely,

Geri M. Smith, Clerk

By: ___s/Gina M. Page_____

Deputy Clerk

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 U.S. Court House
1716 Spielbusch Avenue
Toledo, OH 43624-1347
(419) 259-6414

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 746-1906